May Term,
1861.

JOHNSON
v.
THE WABASH
&c. PLANK-
ROAD CO.

---

## GRAHAM v. WHITE.

APPEAL from the *Johnson* Common Pleas.

*Per Curiam.*—This case turns entirely on the evidence. We can not judge of the credibility of witnesses.   There is evidence tending to sustain the verdict and judgment.

The judgment is affirmed, with 1 per cent. damages and costs.

*S. P. Oyler*, for the appellant.

*T. W. Woollen*, for the appellee.